

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Cassidy Stains, individually and on
behalf of all those similarly situated

**Civil Action No.**   25-cv-0562-LL-MSB

**Plaintiff,**

**V.**

Homage, LLC

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this action without prejudice against Defendant and CLOSES the case.

**Date:** _____9/11/25_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler
_____
B. Chandler, Deputy